UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANDRA CUTRONE,   19-CV-6650 (ENV)(RML)

              Plaintiff,   **VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

-against-

FLAGSTAR BANK, FSB,

              Defendant.
-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action shall in all respects be dismissed without prejudice, and without costs or fees to either party, so that Plaintiff may pursue her claims in arbitration. For the purposes of this Stipulation, faxed signatures or signatures that are scanned and emailed, shall constitute originals.

Dated: Massapequa, New York
       February 12, 2020

_____
Keith E. Williams, Esq.
Neil H. Greenberg & Associates, P.C.
*Attorneys for the Plaintiff*
4242 Merrick Road
Massapequa, New York 11758
Phone: 516.228.5100
keith@nhglaw.com

_____
Daniel M. Bernstein, Esq.
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
*Attorneys for the Defendants*
599 Lexington Avenue, 17th Fl.
New York, New York 10022
Tel: 212.619.8456
daniel.bernstein@ogletreedeakins.com

So-Ordered:

s/ Eric N. Vitaliano
_____
Hon. Eric N. Vitaliano, U.S.D.J

Dated: 2/28/2020

The Clerk of Court is respectfully directed to close this case.